UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

QUINNARD WILSON (#537027)

VERSUS

JAMES LEBLANC

CIVIL ACTION

NO. 16-169-SDD-RLB

### RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated April 27, 2016. Plaintiff has filed an objection[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Court declines to exercise supplemental jurisdiction over any potential state law claims, and this action shall be dismissed, with prejudice, as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A1, at least until the conditions set forth in *Heck v. Humphrey*, *supra*, are met.

Baton Rouge, Louisiana the 7 day of June, 2016.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 4.
[3] Rec. Doc. 5.